**Donavan Amorris LONDON,
Plaintiff–Appellant**

v.

**FEDERAL BUREAU OF INVESTIGATIONS (FBI), Defendant–Appellee.**

No. 10–20026
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 30, 2010.

Donavan Amorris London, Houston, TX, pro se.

Samuel Glenn Longoria, U.S. Attorney's Office, Houston, TX, for Defendant–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before KING, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Donavan Amorris London, proceeding *pro se*, has sued the FBI under 42 U.S.C. § 1983, which does not apply to the federal government, *Affiliated Professional Home Health Care Agency v. Shalala*, 164 F.3d 282, 286 (5th Cir.1999). The district court's dismissal was appropriate.

All outstanding motions in this case are DENIED.

The judgment of the district court is

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.